13-187-CR

Fernando Rodriguez
#01858563 / Telford
3899 State Hwy 98
New Boston, TX 75570

Keith Hottle
Clerk
Fourth Court of Appeals
300 Dolorosa St., Suite 3200
San Antonio, TX 78205-3037

RE:  Copy of Petition for Discretionary Review—including Exhibits
      Court of Criminal Appeals case number:  PD-1357-14

Dear Mr. Hottle:               July 8, 2015

    I need to purchase a copy of my Petition for Discretionary Review—including the Exhibits—in the above Court of Criminal Appeals case number. When I submitted the PDR, I attached original documents as Exhibits that were my only copies, as we have no access to copiers in prison. Thus, it is critical that the Exhibits are included as part of this request. The clerk, Abel Acosta, referred me to you in this matter. and the transcrips volium -34

    Could you please respond with the pertinent cost information at your earliest convenience? I will promptly mail you certified funds.

    Thank you for your courtesies.

Kindest regards,

Fernando Rodriguez

CC:   FR/file

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

